# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Myers, as Trustee for the Next of Kin of Casey Myers and Simon Myers,<br><br>Plaintiff,<br><br>v.<br><br>Haselby Trucking, LLC; D&L Transport, LLC; and Corey Planck,<br><br>Defendants. | Case No.: 21-cv-1870 (PJS/LIB)<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT D&L TRANSPORT, LLC WITHOUT PREJUDICE** |

This matter came before the Court on Plaintiff Matthew Myers and Defendant D&L Transport, LLC's Stipulated Motion to Dismiss Claims against Defendant D&L Transport, LLC without Prejudice. Based upon that Stipulation, as well as all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Defendant D&L Transport, LLC, including any claim against it in the above-captioned lawsuit, is dismissed without prejudice; and

2. Each party shall bear its or his own attorneys' fees and costs related to this dismissal.

Dated: October 26, 2021

_____
Hon. Patrick J. Schiltz
Judge of District Court