

**Thomas J. Conlin**
**Taylor B. Cunningham**
**Stacy Deery Stennes**
Attorneys

600 Highway 169 South
Suite 1650
Minneapolis, MN 55426

☎ (952) 252-0490
📠 (952) 252-0489
✉ clf@conlinlawfirm.com
🌐 www.conlinlawfirm.com

November 23, 2021

<u>*Via Email Only*</u>

The Honorable Patrick J. Schiltz
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397
schiltz_chambers@mnd.uscourts.gov

The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397
brisbois_chambers@mnd.uscourts.gov

Re:    *Myers v. Haselby Trucking, LLC, et. al.*, 21-cv-01870 (PJS/LIB)

Dear Judge Schiltz and Judge Brisbois:

We are writing to advise that we have reached a settlement of this case. We should be in a position to file paperwork for a dismissal in the coming weeks, once the paperwork related to the settlement is finalized.

Please don't hesitate to contact us if you have any questions.

We have copied opposing counsel, Paul Rajkowski, on this letter.

Thank you very much.

CONLIN LAW FIRM, LLC

*/s/ Thomas J. Conlin*

Thomas J. Conlin

  cc:    Paul Rajkowski