UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Myers, as Trustee for the Next of Kin of Casey Myers and Simon Myers,<br><br>Plaintiff,<br><br>vs.<br><br>Haselby Trucking, LLC and Corey Planck,<br><br>Defendants. | Case No. 21-cv-01870 (PJS/LIB)<br><br>**SIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action may be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 11, 2022            **CONLIN LAW FIRM LLC**

By:    */s/ Thomas J. Conlin*
Thomas J. Conlin, 139555
Stacy Deery Stennes, 390735
Taylor B. Cunningham, 400041
600 Highway 169 South
Suite 1650
Minneapolis, MN  55426
Telephone: (952) 252-0490
Facsimile: (952) 252-0489
CLF@conlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Dated: January 11, 2022                             **RAJKOWSKI HANSMEIER LTD**

                                   By:     <u>*/s/ Paul A. Rajkowski*</u>
                                               Paul A. Rajkowski, 16107X
                                               11 Seventh Avenue North
                                               P.O. Box 1433
                                               St. Cloud, Minnesota 56302
                                               Telephone: (320) 251-1055
                                               prajkowski@rajhan.com

                                               **ATTORNEY FOR DEFENDANTS HASELBY TRUCKING, LLC and COREY PLANCK**