UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MATTHEW MYERS, as Trustee for the next of kin of Casey Myers and Simon Myers, | Case No. 21-CV-1870 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| HASELBY TRUCKING, LLC AND COREY PLANCK, | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on January 12, 2022 [ECF No. 30],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 12, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge